FILED

305CV371

UNITED STATES DISTRICT COURT

2005 MAR - 1    A DISTRICT OF CONNECTICUT

U.S. DISTRICT ORDER ON PRETRIAL DEADLINES
HARTFORD, CT.

Unless otherwise ordered by the Judge to whom this is case is assigned, the parties shall adhere to the following deadlines:

(a)    In accordance with Local Civil Rule 26(e), within thirty days of the appearance of a defendant, the parties shall confer for the purposes described in Fed. R.Civ. P. 26(f). Within ten days thereafter, the parties shall jointly file a report on Form 26(f), which appears in the Appendix to the Local Civil Rules.

(b)    All motions relating to joinder of parties, claims or remedies, class certification, and amendment of the pleadings shall be filed within 60 days after filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District.

(c)    All motions to dismiss based on the pleadings shall be filed within 90 days after the filing of the complaint, the filing of a petition for removal, or the transfer of an action from another District. The filing of a motion to dismiss shall not result in the stay of discovery or extend the time for completing discovery.

(d)    Formal discovery pursuant to the Federal Rules of Civil Procedure may not commence until the parties have conferred as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(e) but parties may commence formal discovery immediately thereafter without waiting entry of a scheduling order pursuant to Fed. R. Civ. P. 16(b). Informal discovery by agreement of the parties is encouraged and may commence at anytime. Unless otherwise ordered, discovery shall be completed within 6 months after the filing of the complaint, the filing of a petition for removal, or the date of transfer of an action from another District.

(e)    Unless otherwise ordered, all motions for summary judgment shall be filed within 7 months after the filing of the complaint, the filing of a petition for removal, or the date of transfer from another District.

Unless specifically ordered by the Court, an extension of time to comply with any one of the time limits in this Order does not automatically extend the time to comply with subsequent time limits.

Counsel for plaintiff or removing defendant shall be responsible for serving a copy of this order on all parties to the action.

By Order of the Court
Kevin F. Rowe, Clerk

This Order is issued pursuant to the Standing Order on Scheduling In Civil Cases, which appears in the Appendix to the Local Civil Rules

(Rev. 1/2/03)

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## ORDER RE: DISCLOSURE STATEMENT

ANY NONGOVERNMENTAL CORPORATE PARTY TO AN ACTION IN THIS COURT SHALL FILE A STATEMENT IDENTIFYING ALL ITS PARENT CORPORATIONS AND LISTING ANY PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK.  A PARTY SHALL FILE THE STATEMENT WITH ITS INITIAL PLEADING FILED IN THE COURT AND SHALL SUPPLEMENT THE STATEMENT WITHIN A REASONABLE TIME OF ANY CHANGE IN THE INFORMATION.  COUNSEL SHALL APPEND A CERTIFICATE OF SERVICE TO THE STATEMENT IN COMPLIANCE WITH LOCAL RULE 5(b).

COUNSEL FOR PLAINTIFF OR REMOVING DEFENDANT SHALL BE RESPONSIBLE FOR SERVING A COPY OF THIS ORDER UPON ALL PARTIES TO THE ACTION.

> BY ORDER OF THE COURT
> KEVIN F. ROWE, CLERK

Revised 1/2/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## NOTICE TO COUNSEL
### FOR CASES REMOVED FROM SUPERIOR COURT

### STANDING ORDER

All parties removing actions to this Court pursuant to 28 U.S.C. §1441 shall, no later than five (5) days after filing a notice of removal, file and serve a signed statement that sets forth the following information:
1. The date on which each defendant first received a copy of the summons and complaint in the state court action.
2. The date on which each defendant was served with a copy of the summons and complaint, if any of those dates are different from the dates set forth in item 1.
3. In diversity cases, whether any defendant who has been served is a citizen of Connecticut.
4. If removal takes place more than thirty (30) days after any defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time.
5. The name of any defendant served prior to the filing of the notice of removal who has not formally joined in the notice of removal and the reasons why any such defendant did not join in the notice of removal.

At the time a removal notice is filed with the Clerk of this Court, the removing party shall also file with the Clerk a separate notice, entitled "Notice of Pending Motions," specifying any pending motions that require action by a Judge of this Court and attaching a true and complete copy of each such motion and all supporting and opposition papers.

The removing party shall list in its certificate of service immediately below the name and address of counsel the name of the party or parties represented by said counsel and all parties appearing pro se.

### NOTICE TO COUNSEL RE LOCAL RULE 5(a)

To ensure that our records are complete and to ensure that you receive notice of hearings and any court rulings, PLEASE FILE AN APPEARANCE with this office in accordance with Local Rule 5(a) of the Local Rules of Civil Procedure for the District of Connecticut.

### NOTICE RE PLANNING CONFERENCE AND REPORT

Pursuant to Fed. R. Civ. P. 26 and Local Civil Rule 26(e) counsel and pro se parties must conduct a case management conference within 30 days of the appearance of the opposing party and must jointly file a planning conference report within 10 days thereafter using Form 26(f), which appears in the Appendix to the Local Rules.

Counsel for the removing defendant(s) is responsible for immediately serving a copy of this notice on all counsel of record and all unrepresented parties at their last known address.

KEVIN F. ROWE
CLERK OF COURT

(Revised 1/2/03)



# United States District Court
# District of Connecticut

**CIVIL ACTION NO:**

## ELECTRONIC FILING ORDER

The Court orders that the parties shall file all documents in this case electronically.  The following requirements are imposed:

1.    Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2.    Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

<u>Civil Cases</u>:  All pleadings (including briefs and exhibits) supporting or opposing the following:

a.    Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b.    Dispositive motions (motions to dismiss or for summary judgment);
c.    Requested jury instructions;
d.    Compliance with Pretrial Orders;
e.    Trial briefs, including proposed findings of fact and conclusions of law; and
f.    **Any other filing requested by the court**.

<u>Criminal Cases</u>:  All pleadings (including briefs and exhibits) supporting or opposing the following:

a.    Motions to dismiss the indictment;
b.    Motions to suppress;
c.    Motions to modify presentence reports;

    d.    Requested jury instructions;

    e.    Trial briefs; and

    f.    **Any other filing requested by the court.**

**IT IS SO ORDERED**.

                            /s/ StefanR. Underhill
                            Stefan R. Underhill
                            United States District Judge

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Arkan Mohammed ALI, Thahe Mohammed
SABBAR, Sherzad Kamal KHALID and Ali
H.,

                  Plaintiffs,

      v.

Thomas PAPPAS,

           Defendant.

Case No. 305CV371

Date: March 1, 2005

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the plaintiff in the above-captioned action.

Respectfully Submitted,

BY: _____

Annette Lamoreaux (ct25769)
American Civil Liberties Union of
      Connecticut Foundation
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x 211
Fax: 860-728-0287
E-mail: annettel@cclu.org
Cell: 860-299-6724

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of March 2005, a copy of foregoing was delivered into the hands of the Marshall for service with the Summons and Complaint to:

Colonel Thomas M. Pappas
311 Old Canterbury Turnpike
Norwich, CT 06360

Annette M. Lamoreaux
Legal Director



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 24   A 10: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

AKRAN MOHAMMED ALI, THAHE
MOHAMMED SABBARE, SHERZAD
KAMAL KHALID, AND ALI. H.,

        Plaintiffs,

v.

THOMAS PAPPAS,

        Defendant.

Civil Action No.  305 CV 371 SRU

**APPLICATION TO ADMIT COUNSEL**
*PRO HAC VICE*

March ___, 2005

Pursuant to Local Rule 83.1(d), Annette M. Lamoreaux, one of the counsel for the

Plaintiffs, applies for the admission, *pro hac vice*, of Chimène I. Keitner, who is a member in

good standing of the Bar of the United States District Court, Northern District of California.

Ms. Keitner is employed by Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery

Street, 30th Floor, San Francisco, California 94111; telephone (415) 956-1000, fax (415) 956-

1008, email: ckeitner@lchb.com.

Ms. Keitner has special expertise in the subject matter of the present case.

Ms. Keitner is a member and is admitted to practice in California, the Federal District

courts of the Northern District of California, and the United States Court of Appeals, Ninth

Circuit.

Ms. Keitner is in good standing before the courts to which she is admitted to practice, and

she has not been disciplined nor denied admission by this or any other court, as so sworn on the

attached Affidavit.

Ms. Keitner has fully reviewed and is familiar with the local rules of this Court.

414405.1

I certify that I, or other Connecticut counsel with appearances in this case, will be present at all Court proceedings.

Respectfully Submitted,

Annette M. Lamoreaux, (Cct25769)
American Civil Liberties Union
  Connecticut Foundation
32 Grand Street, Hartford, Connecticut 06106
Tel:  (860) 247-9823 X 211
Fax: (860) 728-0287
Email: annettel@cclu.org

414405.1

**ADDENDUM TO**
**APPLICATION TO ADMIT COUNSEL *PRO HAC VICE***

**AFFIDAVIT**

FILED

2005 MAR 24  A 10: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

I, Chimène I. Keitner, have never been denied admission to or disciplined by any Court,

whether by way of disbarment, suspension from practice, censure or otherwise, nor have I ever

previously resigned from the Bar of this Court.

I have never been convicted of a crime other than a minor traffic offense.

I am of and admitted to practice in California, the Federal District court of the Northern

District of California and the United States Court of Appeals, Ninth Circuit.

I am in good standing before the courts to which I am admitted to practice.

I have fully reviewed and am familiar with the local rules of this Court.

_____
Chimène I. Keitner
Applicant

Sworn and subscribed to before me this 10th day of March, 2005.

_____
NOTARY PUBLIC

MELAINIE HEDANI
Commission # 1295951
Notary Public - California
San Francisco County
My Comm. Expires Mar 31, 2005

414405.1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing application has been mailed via U.S.P.S. Certified

Mail to the Colonel Thomas M. Pappas, 311 Old Canterbury Tpke, Norwich, CT 06360

Annette M. Lamoreaux

414405.1

2005 8371 Cert good R

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Chimene I. Keitner, Bar No. 226948 was duly admitted to practice in said Court on December 16, 2003, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 23, 2005

Richard W. Wieking
Clerk



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AKRAN MOHAMMED ALI, THAHE
MOHAMMED SABBARE, SHERZAD
KAMAL KHALID, AND ALI. H.,

          Plaintiffs,

v.

THOMAS PAPPAS,

          Defendant.

Civil Action No.  305 CV 371 SRU

**[PROPOSED] ORDER ADMITTING
CHIMENE I. KEITNER *PRO HAC VICE***

March __, 2005

Chimène I. Keitner of San Francisco, California has moved this Court, pursuant to

Rule 83.1(d) of the Local Rules of Court, to allow him to appear *pro hac vice* as counsel for the

Plaintiffs.

It appearing that Chimène I. Keitner is a member in good standing of the bar of the U.S.

District Court for the Northern District of California, is familiar with the Local Rules of Court,

and meets all requirements to appear in this Court:

It is ORDERED that Chimène I. Keitner be allowed to appear *pro hac vice* as co-counsel

for the Plaintiffs.

ENTERED this __ day of March, 2005

_____
The Honorable Stefan R. Underhill

415187.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 24  A 10: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

AKRAN MOHAMMED ALI, THAHE
MOHAMMED SABBARE, SHERZAD
KAMAL KHALID, AND ALI. H.,

Plaintiffs,

v.

THOMAS PAPPAS,

Defendant.

Civil Action No.  305 CV 371 SRU

**APPLICATION TO ADMIT COUNSEL**
***PRO HAC VICE***

March ___, 2005

Pursuant to Local Rule 83.1(d), Annette M. Lamoreaux, one of the counsel for the

Plaintiffs, applies for the admission, *pro hac vice*, of Bill Lann Lee, who is a member in good

standing of the Bar of the United States District Court, Northern District of California.

Mr. Lee is employed by Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street,

30th Floor, San Francisco, California 94111; telephone (415) 956-1000, fax (415) 956-1008,

email: Blee@lchb.com.

Mr. Lee has special expertise in the subject matter of the present case. Mr. Lee has spent

thirty years litigating complex civil rights and human rights cases. He was the Assistant Attorney

General for Civil Rights, United States Department of Justice, Washington, D.C., from

December 1997 to January 2001; Western Regional Counsel for the NAACP Legal Defense and

Educations Fund, Inc., Los Angeles, California, from 1988 to 1997; Supervising Attorney for

Civil Rights Litigation, Center for Law in the Public Interest, Los Angeles, California, from 1983

to 1988; Assistant Counsel, NAACP Legal Defense and Education Fund, Inc., New York, New

York, from 1974 to 1982; Counsel, Asian American Legal Defense and Education Fund, New

412207.1

York, New York, from 1979 to 1980; and Adjunct Professor of Political Science at Fordham University, New York, New York, 1977 to 1980.

Mr. Lee is a member and is admitted to practice in California and New York, the Federal District courts of the Central and Northern Districts of California, the Courts of Appeal for the D.C., Second, Third, Fourth, Fifth, Sixth, Ninth and Eleventh Circuits and the Supreme Court of the United States. Mr. Lee is in good standing before the courts to which he is admitted to practice, and he has not been disciplined nor denied admission by this or any other court, as so sworn on the attached Affidavit.

Mr. Lee has fully reviewed and is familiar with the local rules of this Court.

I certify that I, or other Connecticut counsel with appearances in this case, will be present at all Court proceedings.

Respectfully Submitted,

Annette M. Lamoreaux, (Cc25769)
American Civil Liberties Union
  Connecticut Foundation
32 Grand Street, Hartford, Connecticut 06106
Tel: (860) 247-9823 X 211
Fax: (860) 728-0287
Email: annettel@cclu.org

412207.1

## ADDENDUM TO
### APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*



### AFFIDAVIT

2005 MAR 24 A 10: 08

I, Bill Lann Lee, have never been denied admission to or disciplined by any Court, whether by way of disbarment, suspension from practice, censure or otherwise, nor have I ever previously resigned from the Bar of this Court.

I have never been convicted of a crime other than a minor traffic offense.

I am a member and am admitted to practice in California and New York, the Federal District courts of the Central and Northern Districts of California, the Courts of Appeal for the D.C., Second, Third, Fourth, Fifth, Sixth, Ninth and Eleventh Circuits and the Supreme Court of the United States. I am in good standing before the courts to which I am admitted to practice.

I have fully reviewed and am familiar with the local rules of this Court.

BILL LANN LEE
Applicant

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me this **4th** day of March , 2005 by Bill Lann Lee, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MELAINIE HEDANI
Commission # 1295951
Notary Public - California
San Francisco County
My Comm. Expires Mar 31, 2005

NOTARY PUBLIC

412207.1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing application has been mailed via U.S.P.S. Certified

Mail to the Colonel Thomas M. Pappas, 311 Old Canterbury Tpke, Norwich, CT 06360

Annette M. Lamoreaux

412207.1

# Certificate of Good Standing

United States of District Court    )
                                   ) ss.
Northern District of California    )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that *Bill Lann Lee, Bar No. 108452* was duly admitted to practice in said Court on *June 10, 1986,* and is in good standing as a member of the bar of said Court.

Dated at San Francisco on *February 23, 2005*

Richard W. Wieking
Clerk



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKRAN MOHAMMED ALI, THAHE MOHAMMED SABBARE, SHERZAD KAMAL KHALID, AND ALI. H., | Civil Action No. 305 CV 371 SRU |
| Plaintiffs, | **[PROPOSED] ORDER ADMITTING BILL LANN LEE _PRO HAC VICE_** |
| v. | |
| THOMAS PAPPAS, | |
| Defendant. | March __, 2005 |

Bill Lann Lee of San Francisco, California has moved this Court, pursuant to Rule 83.1(d) of the Local Rules of Court, to allow him to appear _pro hac vice_ as counsel for the Plaintiffs.

It appearing that Bill Lann Lee is a member in good standing of the bar of the U.S. District Court for the Northern District of California, is familiar with the Local Rules of Court, and meets all requirements to appear in this Court:

It is ORDERED that Bill Lann Lee be allowed to appear _pro hac vice_ as co-counsel for the Plaintiffs.

ENTERED this __ day of March, 2005.

_____

The Honorable Stefan R. Underhill

415162.1



FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2005 MAR 24  A 10: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

AKRAN MOHAMMED ALI, THAHE
MOHAMMED SABBARE, SHERZAD
KAMAL KHALID, AND ALI. H.,

Civil Action No. 305 CV 371 SRU

          Plaintiffs,

**APPLICATION TO ADMIT COUNSEL**
*PRO HAC VICE*

v.

THOMAS PAPPAS,

          Defendant.

March __, 2005

Pursuant to Local Rule 83.1(d), Annette M. Lamoreaux, one of the counsel for the Plaintiffs, applies for the admission, *pro hac vice*, of Nirej S. Sekhon, who is a member in good standing of the Bar of the United States District Court, Northern District of California.

Mr. Sekhon is employed by Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 30th Floor, San Francisco, California 94111; telephone (415) 956-1000, fax (415) 956-1008, email: Nsekhon@lchb.com.

Mr. Sekhon has special expertise in the subject matter of the present case.

Mr. Sekhon is a member and is admitted to practice in California and the Federal District Court for the Northern District of California.

Mr. Sekhon is in good standing before the courts to which he is admitted to practice, and he has not been disciplined nor denied admission by this or any other court, as so sworn on the attached Affidavit.

Mr. Sekhon has fully reviewed and is familiar with the local rules of this Court.

I certify that I, or other Connecticut counsel with appearances in this case, will be present at all Court proceedings.

414409.1

Respectfully Submitted,


Annette M. Lamoreaux, (Cct25769)
American Civil Liberties Union
 Connecticut Foundation
32 Grand Street, Hartford, Connecticut 06106
Tel:  (860) 247-9823 X 211
Fax: (860) 728-0287
Email: annettel@cclu.org

### ADDENDUM TO
### APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

FILED

2005 MAR 24  A 10: 08

#### AFFIDAVIT

U.S. DISTRICT COURT
PORT. CONN

I, Nirej S. Sekhon have never been denied admission to or disciplined by any Court

whether by way of disbarment, suspension from practice, censure or otherwise, nor have I ever

previously resigned from the Bar of this Court.

I have never been convicted of a crime other than a minor traffic offense.

I am a member and am admitted to practice in California and the Federal District courts

of the Northern District of California. I am in good standing before the courts to which I am

admitted to practice.

I have fully reviewed and am familiar with the local rules of this Court.

_____
Nirej S. Sekhon
Applicant

Sworn and subscribed to before me this 17th day of March, 2005.

_____
NOTARY PUBLIC

> MELANIE HEDANI
> Commission # 1295951
> Notary Public - California
> San Francisco County
> My Comm. Expires Mar 31, 2005

- 3 -

414409.1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing application has been mailed via U.S.P.S. Certified

Mail to the Colonel Thomas M. Pappas, 311 Old Canterbury Tpke, Norwich, CT 06360

Annette M. Lamoreaux

414409.1

# Certificate of Good Standing

United States of District Court )
                                ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Niraj S. Sekhon, Bar No. 213358 was duly admitted to practice in said Court on August 25, 2004, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 23, 2005

Richard W. Wieking
Clerk



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AKRAN MOHAMMED ALI, THAHE MOHAMMED SABBARE, SHERZAD KAMAL KHALID, AND ALI. H., | Civil Action No.  305 CV 371 SRU |
| Plaintiffs, | **[PROPOSED] ORDER ADMITTING NIREJ S. SEKHON *PRO HAC VICE*** |
| v. | |
| THOMAS PAPPAS, | |
| Defendant. | March __, 2005 |

Nirej S. Sekhon of San Francisco, California has moved this Court, pursuant to Rule 83.1(d) of the Local Rules of Court, to allow him to appear *pro hac vice* as counsel for the Plaintiffs.

It appearing that Nirej S. Sekhon is a member in good standing of the bar of the U.S. District Court for the Northern District of California, is familiar with the Local Rules of Court, and meets all requirements to appear in this Court:

It is ORDERED that Nirej S. Sekhon be allowed to appear *pro hac vice* as co-counsel for the Plaintiffs.

ENTERED this __ day of March, 2005

_____
The Honorable Stefan R. Underhill

RECEIVED

APR 13 2005

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

### APPEARANCE

2005 APR 13 P 4: 38

U.S. DISTRICT COURT
BRIDGEPORT CONN

**CASE NUMBER:**    Civil Action No. 305 CV 371 SRU

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

AKRAN MOHAMMED ALI, THAHE MOHAMMED
SABBARE, SHERZAD KAMAL KHALID, AND ALI H.,

Plaintiffs,

v.

THOMAS PAPPAS,

Defendant.

---

**4/12/2005**
Date

**PHV 0222**
Connecticut Federal Bar Number

(415) 956-1000
Telephone Number

(415) 956-1008
Fax Number

nsekhon@lchb.com
E-mail address

---

Signature

Nirej S. Sekhon
Print Clearly or Type Name

275 Battery Street, 30th Floor
Address

San Francisco, CA 94111-3339

---

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Colonel Thomas M. Pappas
311 Old Canterbury Tpke.
Norwich, CT  06360

---

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

424958_1.pdf

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

```
-----------------------------------------x
                                         :
         Ali et al                       :
                                         :
         vs.                             :Civil No.  3:05 cv 371  (SRU)
                                         :
         Pappas                          :
                                         :
-----------------------------------------x
```

2005 APR 13  P 4: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## ORDER RETURNING SUBMISSION

The Clerk has received your **Notice of Appearance of Chimene Keitner** however, it is deficient in the area(s) checked below:

(NOTE:  L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)        _ No certificate of service attached to pleading
                     _ Certificate of service fails to list names and addresses of all parties served
                     _ Certificate of service is not signed

2. _ L.R.5(d)        Failure to submit document under seal

3. _ L.R.10          _ Failure to sign pleading (original signature)
                     _ Failure to double space
                     _ Margin is not free of printed matter
                     _ Left hand margin is not one inch
                     _ Judge's initials do not appear after the case number
                     _ Docket number is missing
                     _ Failure to supply federal bar number
                     _ Holes not punched in document

4. _ L.R.68          Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)     Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

**6. ✔ Other        Does not state who appearing for**

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: _____                        _____
                                         United States District Judge

(TMS)

rev. 1/1/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

### APPEARANCE

2005 APR 13 P 4: 38

**CASE NUMBER:** Civil Action No. 305CV937 SRU

U.S. DISTRICT COURT
CONN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

AKRAN MOHAMMED ALI, THAHE MOHAMMED
SABBARE, SHERZAD KAMAL KHALID, AND ALI H.,

Plaintiffs,

v.

THOMAS PAPPAS,

Defendant.

__4/12/2005__
**Date**

_PHV 0220_
**Connecticut Federal Bar Number**

(415) 956-1000
**Telephone Number**

(415) 956-1008
**Fax Number**

ckeitner@lchb.com
**E-mail address**

**Signature**

Chimene I. Keitner
**Print Clearly or Type Name**

275 Battery Street, 30th Floor
**Address**

San Francisco, CA 94111-3339

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Colonel Thomas M. Pappas
311 Old Canterbury Tpke.
Norwich, CT  06360

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

424959_1.pdf

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

```
-------------------------------------------x
                                           :
        Ali et al                          :
                                           :        2005 APR 13 P 4: 38
        vs.                                 :Civil No. 3:05 cv 371 (SRU)
                                           :        U.S. DISTRICT COURT
        Pappas                              :        BRIDGEPORT, CONN
                                           :
-------------------------------------------x
```

### ORDER RETURNING SUBMISSION

The Clerk has received your **Notice of Appearance of Chimene Keitner**  however, it is deficient in the area(s) checked below:

(NOTE:  L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)       _ No certificate of service attached to pleading
                    _ Certificate of service fails to list names and addresses of all parties served
                    _ Certificate of service is not signed

2. _ L.R.5(d)       Failure to submit document under seal

3. _ L.R.10         _ Failure to sign pleading (original signature)
                    _ Failure to double space
                    _ Margin is not free of printed matter
                    _ Left hand margin is not one inch
                    _ Judge's initials do not appear after the case number
                    _ Docket number is missing
                    _ Failure to supply federal bar number
                    _ Holes not punched in document

4. _ L.R.68         Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✔ **Other**       <u>Does not state who appearing for</u>

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: _____                    _____
                                          United States District Judge

(TMS)

rev. 1/1/03

05CV0371SMRN

**Officer's Return**

05 CV 371 SRU

Ali etal v Pappas' PS

FILED
March 4, 2005

State of Connecticut      :
                          :      SS. Norwich
County of New London      :

2005 APR 14 A 10: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

THEN and by virtue hereof I left a verified true and attested copy of the within original SUMMONS IN A CIVIL CASE at the usual place of abode of the within named defendant:

**COLONEL THOMAS M PAPPAS**

**At 311 Old Canterbury Turnpike, Norwich**

The within is the original SUMMONS IN A CIVIL CASE with my doings hereon endorsed.

Fees:                                              Attest:

| | | |
|---|---|---|
| Service | $ 30.00 | |
| Travel | $ 31.59 | |
| Endorsements | $ 0.80 | |
| Pages | $ 74.00 | |

                Total      $ 136.39

Robert G. Davis
State Marshal
New London County

Robert G. Davis
**Connecticut State Marshal**
**113 Bel-Aire Drive . Mystic, CT  06355 . (860) 601-0941**

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2005 APR 22 A 10: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### APPEARANCE 2005 APR 25 P 1: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE NUMBER:** Civil Action No. 305 CV 671 SRU

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

AKRAN MOHAMMED ALI, THAHE MOHAMMED
SABBARE, SHERZAD KAMAL KHALID, AND ALI H.,

Plaintiffs,

v.

THOMAS PAPPAS,

Defendant.

4/21/2005
_____
**Date**

PHV 0221
_____
**Connecticut Federal Bar Number**

(415) 956-1000
_____
**Telephone Number**

(415) 956-1008
_____
**Fax Number**

Blee@lchb.com
_____
**E-mail address**

_____
**Signature**

Bill Lann Lee
_____
**Print Clearly or Type Name**

275 Battery Street, 30th Floor
_____
**Address**

San Francisco, CA 94111-3339
_____

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

Colonel Thomas M. Pappas
311 Old Canterbury Tpke.
Norwich, CT  06360

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

424960_1.pdf

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*I'll take it.
Pro hac applic.
was for plaintiff.
Thx.
SRU*

```
------------------------------------------------x
                                                :
        Ali et al                               :
                                                :
        vs.                                     :Civil No.  3:05 cv 371  (SRU)
                                                :
        Pappas                                  :
                                                :
------------------------------------------------x
```

### ORDER RETURNING SUBMISSION

The Clerk has received your **Appearance for Bill Lann Lee** however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)        _ No certificate of service attached to pleading
                     _ Certificate of service fails to list names and addresses of all parties served
                     _ Certificate of service is not signed

2. _ L.R.5(d)        Failure to submit document under seal

3. _ L.R.10          _ Failure to sign pleading (original signature)
                     _ Failure to double space
                     _ Margin is not free of printed matter
                     _ Left hand margin is not one inch
                     _ Judge's initials do not appear after the case number
                     _ Docket number is missing
                     _ Failure to supply federal bar number
                     _ Holes not punched in document

4. _ L.R.68          Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)     Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

## 6. ✔ Other        **Does not stae who appearing for.**

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____                          _____
                                            United States District Judge

(TMS)

rev. 1/1/03