UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

*In re* Iraq and Afghanistan Detainees Litigation

| | | |
|---|---|---|
| Arkan Mohammed ALI, *et al.*, | ) | |
| | ) | |
| Plaintiffs. | ) | Civil Action No. 05-1377 (TFH) |
| v. | ) | |
| | ) | |
| Thomas PAPPAS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

The Clerk will please notice the appearance of Mark E. Nagle, Eileen Moorhead and Tracy Varghese as additional counsel for Defendant Colonel Thomas Pappas in the above captioned matter.

Dated: March 6, 2006

Respectfully submitted,

_____
Mark E. Nagle, Bar #416364

_____
Tracy Varghese, Bar #472805

_____
Eileen Moorhead, Bar #461914
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Washington, D.C. 20004
(202) 274-2972 (tel.)
(202) 654-5666 (fax)