UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re* Iraq and Afghanistan Detainees
Litigation

Arkan Mohammed ALI, *et al.*,           )
                                        )
    Plaintiffs,             )
                                        )
v.                                      )   Civil Action No. 05-1378-TFH
                                        )
Donald H. RUMSFELD, Secretary of        )
Defense of the United States of America,)
    Defendant.              )
                                        )

## DECLARATION OF THOMAS PAPPAS

    I, Colonel Thomas Pappas, do aver and declare that I am not a resident of Connecticut. I am a legal resident of the State of New Jersey, the state I was living in when I joined the military, and have been a New Jersey resident continuously since 1968. I consider New Jersey my legal domicile and I intend to return there when I have completed my military service.

    I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on 3 March, 2006.

                                                               _[signature]_
                                                                THOMAS PAPPAS