## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

*In re* Iraq and Afghanistan Detainees Litigation

| | | |
|---|---|---|
| Arkan Mohammed ALI, *et al.*, | ) | |
| | ) | |
| Plaintiffs. | ) | Civil Action No. 05-1377 (TFH) |
| v. | ) | |
| | ) | |
| Thomas PAPPAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of the Motion To Dismiss filed by defendant Colonel

Thomas Pappas, the opposition thereto and the entire record herein, it is by the Court this _____

day of _____, 2006,

ORDERED that the motion is granted and all claims asserted against defendant Pappas

are hereby dismissed.

Date: _____

_____

UNITED STATES DISTRICT JUDGE

Copies to:

**Arthur B. Spitzer**
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC  20036
artspitzer@aol.com

*Counsel for All Plaintiffs*

**J. Marcus Meeks**
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C.  20044
marcus.meeks@usdoj.gov

*Counsel for Donald H. Rumsfeld and the
United States*

**Michael L. Martinez**
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
mmartinez@crowell.com

*Counsel for Defendant Janis Karpinski*

**Stephen L. Braga**
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004
stephen.braga@bakerbotts.com

*Counsel for Ricardo Sanchez*

**Mark E. Nagle**
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC  20004-2134
mark.nagle@troutmansanders.com

*Counsel for Thomas Pappas*