UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>THOMAS PAPPAS, <br><br>    Defendant. | No. 05-cv-1377 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>DONALD H. RUMSFELD, <br><br>    Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>JANIS KARPINSKI, <br><br>    Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMED ALI, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>RICARDO SANCHEZ, <br><br>    Defendant. | No. 05-cv-1380 (TFH) |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

On March 6, 2006, each defendant filed a motion to dismiss the Amended Complaint. The parties now jointly move, pursuant to Fed. R. Civ. P. 6(b), that the Court enter an order providing that the plaintiffs' opposition to those motions be filed on or

before May 19, 2006, and that the defendants' replies be filed on or before June 19, 2006.

A proposed order is filed herewith.

                                                      Respectfully submitted,

                                                      /s/
                                         _____

Arthur B. Spitzer
   D.C. Bar No. 235960
American Civil Liberties Union
   of the National Capital Area
1400  20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs


                                                      /s/
                                         _____

J. Marcus Meeks
   D.C. Bar No. 472072
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington D.C. 20044
Telephone:  (202) 616-4176

Counsel for Defendant Donald Rumsfeld


                                                      /s/
                                         _____

Mark E. Nagle
   D.C. Bar No. 416364
Troutman Sanders LLP
401 Ninth Street, NW, Suite 1000
Washington, D.C. 20004-2134
Telephone:  (202) 274-2950

Counsel for Defendant Thomas Pappas

        /s/
_____

Michael L. Martinez
  D.C. Bar No. 347310
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone:  (202) 624-2945

Counsel for Defendant Janis Karpinski

        /s/
_____

Stephen L. Braga
  D.C. Bar No. 366727
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington D.C. 20004
Telephone:  (202) 639-7704

Counsel for Defendant Ricardo Sanchez

March 24, 2006

3