UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*,<br>   Plaintiffs,<br>v.<br>THOMAS PAPPAS,<br>   Defendant. | No. 05-cv-1377 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br>   Plaintiffs,<br>v.<br>DONALD H. RUMSFELD,<br>   Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br>   Plaintiffs,<br>v.<br>JANIS KARPINSKI,<br>   Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br>   Plaintiffs,<br>v.<br>RICARDO SANCHEZ,<br>   Defendant. | No. 05-cv-1380 (TFH) |

**ORDER**

Upon consideration of the parties' Joint Motion to Set Briefing Schedule, it is hereby ORDERED that plaintiffs' opposition to the defendants' motions to dismiss shall

be filed on or before May 19, 2006, and that defendants' replies be filed on or before June 19, 2006.

Dated: March _____, 2006

                                                                                        _____
                                                                                        Thomas F. Hogan
                                                                                        Chief Judge
                                                                                        United States District Court

Copies of this order shall be served upon:

    Arthur B. Spitzer, Esq.
    American Civil Liberties Union
    1400  20th Street, N.W., Suite 119
    Washington, D.C. 20036

    J. Marcus Meeks, Esq.
    United States Department of Justice
    Torts Branch, Civil Division
    P.O. Box 7146
    Ben Franklin Station
    Washington D.C. 20044

    Mark E. Nagle, Esq.
    Troutman Sanders LLP
    401 Ninth Street, NW, Suite 1000
    Washington, D.C. 20004-2134

    Michael L. Martinez, Esq.
    Crowell & Moring LLP
    1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2595

    Stephen L. Braga, Esq.
    Baker Botts LLP
    1299 Pennsylvania Ave., NW
    Washington D.C. 20004