UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI, et al. v. PAPPAS | No. 05-cv-1377 (TFH) |

**DECLARATION OF MELISSA MATHENY IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT PAPPAS'S MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION**

I, MELISSA MATHENY, declare:

I am an investigator in the law firm of Lieff, Cabraser, Heimann & Bernstein,
LLP ("LCHB") in San Francisco, California, Co-Counsel for the Plaintiffs in the above-
captioned action. Each of the facts stated herein is true and correct within my personal
knowledge, and if called as a witness, I would competently testify thereto.

1.      For the purposes of this civil litigation, I searched for records of Thomas
M. Pappas's current residence on Accurint.com, a Lexis-Nexis research tool that, according to its
website, searches "over 33 billion records from over 8,800 different data sources," and that is
"the most widely accepted locate-and-research tool available to government, law enforcement
and commercial customers."

2.    Exhibit 1 attached hereto is a true and correct copy of the address history retrieved for Thomas M. Pappas by Accurint.com.

3.    Exhibit 1 indicates that since April 1998, Defendant Pappas has consistently used a single address in Norwich, CT.  Further online research revealed that the house at this address is owned and occupied by Thomas M. Pappas's parents.

4.    The results obtained on Accurint.com, and further online research, did not reveal any contacts between Thomas M. Pappas and New Jersey in the form of voter registration records, driver's license information, vehicle registration, state income tax records, or real estate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at San Francisco, CA, this ⁊th day of May 2006.

Melissa Matheny

**EXHIBIT 1**

| NAME | STREET ADDRESS | CITY | STATE | ZIP | PROBABLE CURRENT ADDRESS | PHONE NUMBER | SSN | AGE | DOB | DATE RECORD VERIFIED |
|---|---|---|---|---|---|---|---|---|---|---|
| THOMAS M PAPPAS | 311 OLD CANTERBURY TPKE | NORWICH | CT | 06360-1361 | Yes | (860) 822-8428 | | 47 | Mar 27 1959 | Apr 98 - Apr 03 |
| T M PAPPAS | 311 OLD CANTERBURY TPKE | NORWICH | CT | 06360-1361 | Yes | (860) 822-8428 | | 47 | Mar-59 | 2-Jul |
| T M PAPPAS | 1125 13TH CAVALRY RD # B | FORT KNOX | KY | 40121-2238 | No | | | | | Jun 05 - Feb 06 |
| THOMAS M PAPPAS | 1125 13TH CAVALRY RD B | FORT KNOX | KY | 40121-2238 | No | | | | | Jan 05 - Feb 06 |
| T M PAPPAS | CMR 467 BOX 4676 | APO | AE | 09096-1037 | No | (401) 847-6805 | | | | Aug 03 - Jul 05 |
| THOMAS M PAPPAS | CMR 467 BOX 4676 | APO | AE | 09096-4676 | No | (401) 847-6805 | | | | Aug 03 - Jul 05 |
| T M PAPPAS | 37 JACKSON CT | NEWPORT | RI | 02840-3709 | No | (860) 822-8428 | | | | Apr 03 - Aug 03 |
| THOMAS M PAPPAS | 37 JACKSON CT | NEWPORT | RI | 02840-3709 | No | (860) 822-8428 | | | | Apr 03 - Aug 03 |
| T M PAPPAS | 37 JACKSON CT | NEWPORT | RI | 02840-3709 | No | (401) 847-6805 | | | | Aug 02 - Aug 03 |
| THOMAS M PAPPAS | 311 OLD CANTERBURY TPKE | NORWICH | CT | 06360-1361 | No | (000) 787-3961 | | | | Apr 98 - Apr 03 |
| THOMAS M PAPPAS | PSC 450 BOX 19 | APO | AP | 96206-0100 | No | | | 47 | Mar 27 1959 | Sep 98 - Jul 02 |
| THOMAS M PAPPAS | 946 HEATHER DR | SIERRA VISTA | AZ | 85635-4935 | No | (520) 459-5771 | | 47 | Mar 27 1959 | Sep 00 - Jun 02 |
| MARIA R PAPPAS | 311 OLD CANTERBURY TPKE | NORWICH | CT | 06360-1361 | No | | | | | Jun 98 - Oct 00 |
| THOMAS M PAPPAS | 946 HEATHER DR | SIERRA VISTA | AZ | 85635-4935 | No | (520) 459-5771 | | 47 | | Jul 00 - Oct 00 |
| T M PAPPAS | PSC BOX 19 | APO | AP | 96206 | No | (000) 787-3961 | REDACTED | | Mar-59 | Jun 00 - Oct 00 |
| THOMAS M PAPPAS | UNIT 15041 UNIT 15041 | APO | AP | 96258-5041 | No | (000) 787-3961 | | | Mar 27 1959 | Oct 81 - Oct 00 |
| THOMAS M PAPPAS | 279 LINDA ST | BELFORD | NJ | 07718-1306 | No | | | | | Sep 97 - Jul 00 |
| THOMAS M PAPPAS | BOS 387 | APO | AE | 9063 | No | | | 47 | Mar 27 1959 | Oct 93 - Jan 99 |
| THOMAS PAPPAS | 311 OLD CANTERBURY TPKE | NORWICH | CT | 06360-1361 | No | | | | | Apr-98 |
| THOMAS M PAPPAS | PSC BOX 19 | APO | AP | 96206 | No | (000) 787-3961 | | 47 | Mar 27 1959 | Sep-97 |
| THOMAS M PAPPAS | 1216 MICHIGAN AVE | LEAVENWORTH | KS | 66048-3639 | No | (913) 682-2678 | | 47 | Mar 27 1959 | Sep 92 - Dec 92 |
| THOMAS M PAPPAS | HHC 2ND BDE 3RD INF | APO NEW YORK | NY | 9066 | No | | | 47 | Mar 27 1959 | Apr-92 |
| THOMAS M PAPPAS | 273 LINDA ST | BELFORD | NJ | 07718-1306 | No | | | 47 | 1959 | May 90 - Dec 91 |
| THOMAS M PAPPAS | HHC 14D BOX 172B | APO | AE | 9326 | No | | | 47 | 1959 | Jan 90 - Dec 90 |
| THOMAS M PAPPAS | 1103 SEVERNVIEW DR | CROWNSVILLE | MD | 21032-1130 | No | | | 47 | 1959 | Oct 86 - Dec 90 |
| THOMAS M PAPPAS | 2250 MISTHAVEN LN | GAMBRILLS | MD | 21054-1240 | No | | | 47 | 1959 | Aug 87 - Dec 90 |
| THOMAS M PAPPAS | 5005 CORORODO DR | SIERRA VISTA | AZ | 85635 | No | | | 47 | 1959 | Apr-87 |
| THOMAS M PAPPAS | 32 MERILO PZ | SIERRA VISTA | AZ | 85635 | No | | | 47 | 1959 | Oct-86 |
| THOMAS M PAPPAS | 500 S CORONADO DR | SIERRA VISTA | AZ | 85635-3317 | No | | | | | Mar 85 - Apr 86 |
| THOMAS M PAPPAS | 1380 PLAZA MERITO | SIERRA VISTA | AZ | 85635-4360 | No | | | | | Aug 85 - Apr 86 |