UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI, *et al.* v. PAPPAS | No. 05-cv-1377 (TFH) |

**[Proposed] ORDER**

Upon consideration of defendant Pappas' motion to dismiss for lack of personal jurisdiction, and the opposition thereto, it appearing that plaintiffs have made a *prima facie* showing that defendant Pappas' legal residence is in the State of Connecticut, the motion to dismiss is hereby DENIED.

Dated: _____, 2006

_____
Thomas F. Hogan
United States District Judge