# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7085**  **September Term, 2006**

**FILED**
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05cv01377

**Filed On:**

Arkan Mohammed Ali, et al.,
    Appellants

v.

Thomas Pappas,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JUN 0 4 2007

CLERK

## ORDER

It is **ORDERED**, on the court's own motion, that the Clerk is directed to note the docket to reflect that this case is terminated as having been opened in error.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Nancy G. Dunn
Nancy G. Dunn
Deputy Clerk

*New case number — 07-5185*