# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5178**  **September Term 2008**

05cv01377
05cv01378
05cv01379
05cv01380

Filed On:  October 27, 2008

Arkan Mohammed Ali, et al.,

    Appellants

v.

Donald H. Rumsfeld, Individually, et al.,

    Appellees

------------------------------

Consolidated with 07-5185, 07-5186, 07-5187

**BEFORE:**   Henderson and Rogers, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the response thereto, it is

**ORDERED** that the motion be denied without prejudice to renewal.  It is

**FURTHER ORDERED**, on the court's own motion, that these consolidated cases be held in abeyance pending further order of the court.  The parties are directed to file motions to govern further proceedings within thirty days of the Supreme Court's disposition of the petition for writ of certiorari filed August 22, 2008, in Rasul v. Myers, No. 08-235 (U.S.).

**Per Curiam**